ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TRENT HARIACZYI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-02-5301 OWW |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE AND PROPOSED ORDER THEREON |
| vs. ) | |
| TRENT HARIACZYI, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the Defendant, Trent Hariazcyi, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Jonathan B. Conklin, that the hearing now set for May 2, 2005, be continued to June 6, 2005, at 1:30 p.m.  It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

(1)     Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  (2) Title 18, United States Code, Section 3161(h)(8)(B)(ii): that is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: April 27, 2005

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
Trent Hariaczyi

Dated:  April 27, 2005

/s/ Jonathan B. Conklin
JONATHAN B. CONKLIN
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the hearing set for May 2, 2005, is vacated and continued to June 6, 2005, at 1:30 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated: April 29, 2005

/s/ OLIVER W. WANGER
_____
Honorable Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com