```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
TRENT HARIACZYI
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-02-5301 OWW |
|     Plaintiff, | ) STIPULATION FOR CONTINUANCE OF SENTENCING AND PROPOSED ORDER THEREON |
|     vs. | ) |
| TRENT HARIACZYI, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, Trent Hariaczyi, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, David Gappa, that the Sentencing hearing now scheduled for January 30, 2006 be vacated due to the inability to obtain a Psychological report from Dr. Carol Munschauer, Ph.D. prior to the time in which to file Formal Objections to the Presentence Investigation Report.

The parties further stipulate as follows:

1. The Sentencing date of January 30, 2006 be vacated and continued to March 6, 2006 at 1:30 p.m.

- 1 -

Stipulation for Continuance
02-5304 OWW

PDF created with pdfFactory trial version www.pdffactory.com

2. The Presentence Investigation Report will be available on February 1, 2006.
3. Informal Objections to be filed by February 13, 2006.
4. Formal Objections to be filed by February 27, 2006.

Respectfully submitted,

Dated: January 13, 2006

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant,
Trent Hariaczyi

Dated:  January 13, 2006

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

   IT IS SO ORDERED.  Good cause having been shown, the hearing set for January 30, 2006, is vacated and continued to March 6, 2006 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated:   January _17__, 2006

                                        /s/ OLIVER W. WANGER
                                        _____
                                        Honorable Oliver W. Wanger
                                        United States District Court Judge

- 3 -

Stipulation for Continuance
02-5304 OWW

PDF created with pdfFactory trial version www.pdffactory.com